UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Shelley Jo Leeson, | Case No: 0:22-cv-03066-ECT/DTS |
| Plaintiff | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Center of the American Experiment, | |
| Defendant | |

## **STIPULATION**

Plaintiff Shelley Jo Leeson and Center of the American Experiment ("Parties"), through their undersigned counsel of record, hereby stipulate that all claims and counterclaims in this action are hereby dismissed with prejudice, with each Party to bear their own costs and fees.

Dated: January 6, 2023    By:    *s/ Nathan M. Hansen*
Nathan M. Hansen (#0328017)
Hansen Law Office
2440 Charles Street North, Suite 242
North St. Paul, MN 55109
Telephone: 651.704.9600
Email: nathan@hansenlawoffice.com

***Counsel for Plaintiff Shelley Jo Leeson***

Dated:  January 6, 2023    **MADEL PA**

By:    *s/Christopher W. Madel*
Christopher W. Madel (#230297)
800 Hennepin Avenue
800 Pence Building
Minneapolis, MN 55403
Telephone: 612-605-0630
Fax: 612-326-9990
Email: cmadel@madellaw.com

***Counsel for Defendant Center of the American Experiment***